UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § § § | 04 10320 GAO |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. |
| FABWORX SOLUTIONS, INC. and RICHARD KENT | § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Regan, Esq. and Edward E. Hale, Jr., Esq. of Hale and Dorr LLP, 60 State Street, Boston, MA 02109, (617) 526-6000 (telephone), (617) 526-5000 (facsimile) for defendants Fabworx Solutions, Inc. and Richard Kent in the above-captioned matter.

Respectfully submitted,

By: /s/ John J. Regan   /s/ Edward Hale
JOHN J. REGAN, BBO #415120
EDWARD E. HALE, JR., BBO #651272
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000 (Telephone)
(617) 526-5000 (Facsimile)

THOMAS H. WATKINS (*pro hac vice* pending)
ALBERT A. CARRION, JR. (*pro hac vice* pending)
RANDALL C. DOUBRAVA (*pro hac vice* pending)
BROWN McCARROLL, L.L.P.
98 San Jacinto Blvd., Suite 1300
Austin, Texas 78701
(512) 476-4716 (Telephone)
(512) 476-5139 (Facsimile)

ATTORNEYS FOR DEFENDANTS

1

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Notice of Appearance has been sent to the parties listed below by hand on this 13th day of February, 2004.

James W. Stoll
Brian L. Michaelis
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

_____
JOHN J. REGAN

2