UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC. | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. |
| | § |
| FABWORX SOLUTIONS, INC. and | § |
| RICHARD KENT, | § |
| | § |
| Defendants. | § |



## DEFENDANTS' APPLICATION FOR THOMAS H. WATKINS, RANDALL C. DOUBRAVA AND ALBERT A. CARRION, JR. TO PRACTICE *PRO HAC VICE*

Defendants Fabworx Solutions, Inc., and Richard Kent request that Thomas H. Watkins, Randall C. Doubrava and Albert A. Carrion, Jr., of Brown McCarroll, L.L.P., be granted permission to practice *pro hac vice* in this action, and in support thereof respectfully state:

1. That they are members in good standing of the State Bar of Texas (Thomas H. Watkins, State Bar No. 20928000; Randall C. Doubrava, State Bar No. 06029900; Albert A. Carrion, Jr., State Bar No. 03883100), and are members in good standing of every jurisdiction where they have been admitted to practice, including the U.S. District Court for the Western District of Texas.

2. There are no disciplinary proceedings pending against them in any jurisdiction.

3. That John J. Regan (BBO #415120), a member in good standing before this Court, of the law firm of Hale and Dorr, L.L.P., 60 State Street, Boston, Massachusetts 02109, has been associated as counsel for Defendants in this matter.

4. That they have never been subjected to any disciplinary proceeding before a state or federal court. They have not been denied admission to any bar of any state.

5. That they have received a copy of and are familiar with the Local Rules of the United States District Court for the District of Massachusetts. If admitted, they will comply with these Rules and any other rules of this Court. They will also exercise diligence and adhere to all time limits specified in the Rules.

6. Plaintiffs do not oppose this application.

7. Attached hereto as Exhibits A, B and C respectfully are the certifications of Thomas H. Watkins, Randall C. Doubrava and Albert A. Carrion, Jr. in compliance with Local Rule 83.5.3.

WHEREFORE, for these reasons, Defendants request that Thomas H. Watkins, Randall C. Doubrava and Albert A. Carrion, Jr. be admitted *pro hac vice* in this action.

Respectfully submitted,

HALE AND DORR, L.L.P.
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

By: _____
JOHN J. REGAN, ESQ.
BBO #415120

ATTORNEYS FOR FABWORX SOLUTIONS, INC. AND RICHARD KENT

THOMAS H. WATKINS
ALBERT A. CARRION, JR.
RANDALL C. DOUBRAVA
BROWN McCARROLL, L.L.P.
1300 San Jacinto Center
98 San Jacinto Boulevard
Austin, Texas 78701
(512) 476-4716 (Telephone)
(512) 476-5139 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by hand on counsel of record as indicated below on this the 13th day of February, 2004:

James W. Stoll
Brian L. Michaelis
Brown Rudnick Berlack Israels, L.L.P.
One Financial Center
Boston, MA 02111

                                                     _____
                                                     JOHN J. REGAN, ESQ.

BOSTON 1850513v1