UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10320-GAO

BROOKS AUTOMATION, INC.,
                       Plaintiff,

v.

FABWORX SOLUTIONS, INC. and
RICHARD KENT,
                       Defendants.

ORDER OF RECUSAL
February 24, 2004

O'TOOLE, D.J.

Because of a longstanding personal friendship with Thomas S. Grilk, Esq., who is General Counsel to the plaintiff, Brooks Automation, Inc., I hereby recuse myself from participation in this case, and I direct the Clerk to redraw the case to another District Judge forthwith.

_February 24, 2004_
DATE

_/s/ [signature]_
DISTRICT JUDGE