UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 04-10320-GAO |
| FABWORX SOLUTIONS, INC. and RICHARD KENT | § § § § | |
| Defendants. | § | |

### SUPPLEMENTAL CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL

The undersigned counsel of record for defendants Fabworx Solutions, Inc. and Richard Kent certify that, in compliance with 28 U.S.C. § 1446(d), a stamped and certified copy of the Notice of Removal of this action was filed with the Clerk of the Middlesex County Superior Court, Commonwealth of Massachusetts. This filing occurred on the 20th day of February, 2004.

The undersigned further certify that, in compliance with the requirements of 28 U.S.C. § 1446(d), written notice of removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court. This Notice was given on the 20th day of February, 2004 to all parties through their counsel of record: for plaintiff – James W. Stoll, Esq. and Brian L. Michaelis, Esq., Brown Rudnick Berlack Israels, LLP, One Financial Center, Boston, MA, 02111.

This Supplemental Certificate of Compliance with Requirement to Give Notice of Removal supersedes the Certificate of Compliance filed by defendants on February 13, 2004.

1

Respectfully submitted,

By: *Edward Hale*
JOHN J. REGAN, BBO #415120
EDWARD E. HALE, JR., BBO #651272
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000 (Telephone)
(617) 526-5000 (Facsimile)

THOMAS H. WATKINS
Texas State Bar No. 20928000
ALBERT A. CARRION, JR.
Texas State Bar No. 03883100
RANDALL C. DOUBRAVA
Texas State Bar No. 06029900
BROWN McCARROLL, L.L.P.
98 San Jacinto Blvd., Suite 1300
Austin, Texas 78701
(512) 476-4716 (Telephone)
(512) 476-5139 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Supplemental Certificate of Compliance with Requirement to Give Notice of Removal has been sent to the parties listed below by hand on this 20th day of February, 2004.

James W. Stoll, Esq.
Brian L. Michaelis, Esq.
BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111

_____
EDWARD E. HALE, JR.