# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BROOKS AUTOMATION INC.,

    Plaintiff,

v.

FABWORX SOLUTIONS,
INC., ET AL,

    Defendants.

CA. NO. 04-10320-NG

## *NOTICE*

March 15, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **11:00 a.m., Thursday, April 8, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**