UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROOKS AUTOMATION, INC.,<br>Plaintiff,<br><br>v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>Defendants. | Civil Action No. 04-10320-NG |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and alternative courses, of the litigation, and have also conferred with respect to resolution of the litigation through the use of alternative dispute resolution programs.

BROOKS AUTOMATION, INC.

_____
Tom Grilk, Senior Vice President
BROOKS AUTOMATION, INC.
15 Elizabeth Drive
Chelmsford, MA 01824
978-262-2400

BROWN RUDNICK BERLACK ISRAELS LLP

_____
James W. Stoll (BBO #544136)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
617-856-8247

Dated:

#1266437 v\1 - salvucca - r56t01!.doc - 14663/1