UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROOKS AUTOMATION, INC.,
    Plaintiff,

v.

FABWORX SOLUTIONS, INC. and
RICHARD KENT,
    Defendants.

Civil Action No. 04-10320-NG

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

Plaintiff, Brooks Automation, Inc. ("Brooks"), and Defendants, Fabworx Solutions, Inc. and Richard Kent (collectively, "Defendants") submit herewith their Joint Statement and Proposed Pretrial Schedule pursuant to Rule 16.1(D) of the Local Rules for the District of Massachusetts.

### I. Joint Statement

Plaintiff alleges that Fabworx's employ of Richard Kent, Plaintiff's former employee, resulted in the breach of an employee non-disclosure agreement, misappropriation of trade secrets, and unjust enrichment. Plaintiff requests a trial by jury and seeks injunctive relief and damages which, at a minimum, include lost profits.

Defendants deny Plaintiff's allegations and assert that the information used in the design of Fabworx's robot arm is public knowledge rather than a trade secret. Defendants further assert that the non-disclosure agreement is an unreasonable restraint on trade and is being used by Plaintiff as a non-competition agreement without reasonable restrictions on geographic scope, time, or subject matter.

## II. Proposed Pretrial Schedule

1. Automatic disclosure shall be served upon the parties by June 15, 2004.

2. Initial written discovery shall be served upon the parties by June 30, 2004.

3. Fact witness depositions shall be completed by November 30, 2004.

4. Expert reports for claims or defenses on which a party has the burden of proof shall be produced no later than March 1, 2005. Each party agrees to make its experts available for deposition on a mutually agreeable date following the disclosure of each expert's report.

5. Rebuttal experts shall be designated by April 1, 2005.

6. Expert depositions shall be completed by May 30, 2005.

7. Dispositive motions, if any, shall be filed no later than July 1, 2005.

8. Final pre-trial conference shall be held 20 days after disposition of dispositive motions by the court.

## III. Alternative Dispute Resolution ("ADR")

Both parties are willing to participate in a non-binding mediation.

## IV. Consent to Magistrate

The parties do not agree to trial before a Magistrate Judge.

## V. **Certifications**

The parties will submit the certifications mandated by Local Rule 16.1(D)(3) at the time of the scheduling conference.

| | |
|---|---|
| **FABWORX SOLUTIONS, INC.**<br>By its attorneys,<br><br>*/s/ Randall C. Doubrava*<br>Randall C. Doubrava (*pro hac vice*)<br>(Texas State Bar No. 06029900)<br>BROWN McCARROLL, LLP<br>98 San Jacinto Blvd., Suite 1300<br>Austin, TX 78701<br>(512) 476-4716 | **BROOKS AUTOMATION, INC.**<br>By its attorneys,<br><br>*/s/ James W. Stoll*<br>James W. Stoll (BBO #544136)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200 |

**RICHARD KENT**
By his attorney,

*/s/ Randall C. Doubrava*

Dated: April 5, 2004

#1266442 v\4 - salvucca - r56y04!.doc‼ - 14663/1

3



**BROWN RUDNICK BERLACK ISRAELS** LLP

James W. Stoll
direct dial: 617-856-8262
jstoll@brbilaw.com

April 5, 2004

Clerk's Office
United States District Court
for the District of Massachusetts
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Brooks Automation, Inc. v. Fabworx Solutions, Inc. et al.
    Civil Action No. 04-10320-NG

Dear Sir/Madam:

Enclosed for filing in connection with the above-captioned matter please find the original Joint Statement and Proposed Pre-Trial Schedule and Local Rule 16.1(D)(3) Certification.

Kindly acknowledge receipt and filing of the same by date-stamping the enclosed copy of this letter and returning it in the self-addressed, stamped envelope provided for your convenience.

Very truly yours,

BROWN RUDNICK BERLACK ISRAELS LLP

By: _____
James W. Stoll

JWS/cmm
Enclosures
cc: Randall C. Doubrava, Esq. (via regular mail)
    Brian L. Michaelis, Esq.
    Carla Salvucci, Esq.

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Dublin | Hartford | London | New York | Providence