## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 04-10320-NG |
| | § | |
| FABWORX SOLUTIONS, INC. | § | |
| and RICHARD KENT | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and have also conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.


FABWORX SOLUTIONS, INC. &
RICHARD KENT


Mike Dailey, CEO
FABWORX SOLUTIONS, INC.
122 Cheney Road
Newbury, NH 03255
(512) 426-1088


BROWN McCARROLL, L.L.P.


Thomas H. Watkins (admitted *pro hac vice*)
BROWN McCARROLL, L.L.P.
98 San Jacinto Blvd., Suite 1300
Austin, Texas 78701
(512) 476-4716