UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br>Plaintiff,<br><br>v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>Defendants. | CIVIL ACTION NO.<br>04-10320-NG |

## JOINT MOTION TO APPROVE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER AS ORDER OF COURT

Plaintiff Brooks Automation, Inc. ("Plaintiff") and Defendants Fabworx Solutions, Inc. and Richard Kent ("Defendants") jointly move this Court to approve the proposed Stipulated Confidentiality and Protective Order as an Order of Court. As grounds for this motion, the parties state as follows:

1. This is an action alleging misappropriation of trade secrets based on the Defendants' design, manufacture, and sale of a robot arm for use with the Centura™ and Endura™ systems.

2. In order to protect the parties' interests during the discovery of the pending litigation, the parties have drafted and agreed on the Stipulated Confidentiality and Protective Order attached hereto.

WHEREFORE, the parties respectfully request that this Court approve the Stipulated Confidentiality and Protective Order as an Order of Court.

Respectfully submitted,

| | |
|---|---|
| **FABWORX SOLUTIONS, INC.**<br>By its attorneys, | **BROOKS AUTOMATION, INC.**<br>By its attorneys, |
| /s/ Randall C. Doubrava<br>Randall C. Doubrava (*pro hac vice*)<br>(Texas State Bar No. 06029900)<br>BROWN McCARROLL, LLP<br>98 San Jacinto Blvd., Suite 1300<br>Austin, TX 78701<br>(512) 476-4716 | /s/ Carla A. Salvucci<br>James W. Stoll (BBO #544136)<br>Carla A. Salvucci (BBO #657465)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200 |
| Dated: May____, 2004 | Dated: May____, 2004 |

**RICHARD KENT**
By his attorney,

/s/ Randall C. Doubrava
Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

Dated: May _11_, 2004

## CERTIFICATE OF SERVICE

I, Carla A. Salvucci, hereby certify that on May 11, 2004, I served a copy of the above motion upon counsel for the defendants, Randall C. Doubrava (*pro hac vice*), Brown McCarroll, LLP, 98 San Jacinto Blvd., Suite 1300, Austin, TX 78701.

*Carla A. Salvucci*
Carla A. Salvucci

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROOKS AUTOMATION, INC., <br>     Plaintiff, <br><br> v. <br><br> FABWORX SOLUTIONS, INC. and <br> RICHARD KENT, <br>     Defendants. | CIVIL ACTION NO. <br> 04-10320-NG |

## PROPOSED ORDER

It is hereby ORDERED that the Stipulation Confidentiality and Protective Order dated May 10, 2004 is incorporated into a Order of this Court.

Dated: _____

               Hon. Nancy Gertner
               United States District Court Judge