UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br>    Plaintiff,<br><br>v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>    Defendants. | CIVIL ACTION NO.<br>04-10320-NG |

PR~~OPOSED~~ ORDER

It is hereby ORDERED that the Stipulation Confidentiality and Protective Order dated May 10, 2004 is incorporated into a Order of this Court.

Dated: May 17, 2004

/s/ Marianne B. Bowler U.S. MJ
~~Hon. Nancy Gertn~~er  MARIANNE B. BOWLER
United States ~~District Court~~ Magistrate Judge