UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | CIVIL ACTION NO. 04-10320-NG |
| FABWORX SOLUTIONS, INC. and RICHARD KENT, | | |
| Defendants. | | |

## CORPORATE DISCLOSURE STATEMENT OF FABWORX SOLUTIONS, INC.

Pursuant to Local Rule 7.3, Defendant Fabworx Solutions, Inc. ("Fabworx") makes the following Corporate Disclosure Statement:

1. Fabworx has no parent corporation; and

2. No publicly held company owns 10 percent or more of the stock of Fabworx.

> BROWN McCARROLL, L.L.P.
> 98 San Jacinto Blvd., Suite 1300
> Austin, Texas 78701
> (512) 476-4716 (phone) / (512) 476-5139 (fax)
>
> By:   /s/ Albert A. Carrion, Jr.
>       THOMAS H. WATKINS (*pro hac vice*)
>       Texas State Bar No. 20928000
>       ALBERT A. CARRION, JR. (*pro hac vice*)
>       Texas State Bar No. 03883100
>       RANDALL C. DOUBRAVA (*pro hac vice*)
>       Texas State Bar No. 06029900
>
> JOHN J. REGAN (BBO #415120)
> EDWARD E. HALE, JR. (BBO #651272)
> HALE AND DORR LLP
> 60 State Street
> Boston, Massachusetts 02109
> (617) 526-6000 (phone) / (617) 526-5000 (fax)
>
> ATTORNEYS FOR DEFENDANTS

Dated: May 24, 2004