UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. 04-10320-NG |
| FABWORX SOLUTIONS, INC. and RICHARD KENT, | § § § § | |
| Defendants. | § | |

## NOTICE OF NAME CHANGE

**Please Take Notice** that effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP.  The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP.  All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP.  The address of the firm and its lawyers, their telephone numbers and their fax numbers remain the same.  The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

By: /s/ Edward E. Hale
JOHN J. REGAN (BBO #415120)
EDWARD E. HALE (BBO #651272)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (phone) / (617) 526-5000 (fax)

ATTORNEYS FOR DEFENDANTS

Dated:  June 1, 2004