

**BROWN
RUDNICK
BERLACK
ISRAELS** LLP

Carla A. Salvucci, Esq.
direct dial: 617-856-8570
csalvucci@brbilaw.com



FILED
IN CLERK'S OFFICE

2004 JUL 23 P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

July 21, 2004

Honorable Marianne B. Bowler
Magistrate Judge
United States District Court
    for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

    RE: **Brooks Automation v. Fabworx Solutions, Inc. and Richard Kent
           Civil Action No. 04-10320**

Dear Judge Bowler:

    The Plaintiff Brooks Automation, Inc. ("Brooks") seeks clarification on this Court's Order dated July 13, 2004, directing that discovery in the above-captioned matter close on November 26, 2004. Brooks seeks to clarify that the Court's order contemplated that only the fact discovery close on November 26, 2004, and that the expert discovery remain open until February 1, 2005, as established during the Pre-Trial Conference on April 8, 2004.

    Thank you for your assistance in this matter.

                              Very truly yours,

                              BROWN RUDNICK BERLACK ISRAELS LLP

                              By: /s/ Carla A. Salvucci
                                    Carla A. Salvucci

CAS:bm

One Financial Center
Boston, Massachusetts 02111
617.856.8200
fax 617.856.8201
www.brownrudnick.com

Boston | Hartford | London | New York | Providence



Honorable Marianne B. Bowler
Magistrate Judge
July 21, 2004
Page 2


cc:    Randall C. Doubrava, Esq.
       Thomas A. Watkins, Esq.
       James Stoll, Esq.




#1289953 v\1 - salvucca - rnc101!.doc - 14663/107