UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 04-10320-GAO |
| | § | |
| FABWORX SOLUTIONS, INC. | § | |
| and RICHARD KENT | § | |
| | § | |
| Defendants. | § | |

**MOTION OF DEFENDANT FABWORX SOLUTIONS, INC.'S TO FILE EXHIBITS C, H, J, K, L, and N, OF ITS MOTION TO COMPEL AND MEMORANDUM OF REASONS UNDER SEAL**

Defendant, FABWORX SOLUTIONS, INC., files this Motion to file Exhibits C (portion of), H, J, K, L, and N of its Motion to Compel and Memorandum of Reasons. Said exhibits contain information that has been designated Highly Confidential subject to the Stipulated Confidentiality and Protective Order filed in this cause, and should not be viewed by any person other than those authorized by the Protective Order entered.

Accordingly, Defendant Fabworx requests that the Court grant this motion and allow these exhibits to be filed under seal.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress, Suite 1400
Austin, Texas 78701
(512) 472-5456 (Telephone)
(512) 479-1101 (Facsimile)

By: _____
THOMAS H. WATKINS
State Bar No. 20928000
ALBERT A. CARRION, JR.
State Bar No. 03883100

RANDALL C. DOUBRAVA
State Bar No. 06029900

JOHN J. REGAN
State Bar No. 415120
HALE AND DORR, L.L.P.
60 State St.
Boston, Massachusetts 02109
(617) 526-6000 (Telephone)
(617) 526-5000 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below on this 15th day of October, 2004.

**VIA CERTIFIED MAIL**
Carla A. Salvucci
James W. Stoll
Brian L. Michaelis
BROWN RUDNICK BERLACK ISRAELS, L.L.P.
One Financial Center
Boston, MA 02111

_____
RANDALL C. DOUBRAVA