UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC., <br> Plaintiff, <br><br> v. <br><br> FABWORX SOLUTIONS, INC. and <br> RICHARD KENT, <br> Defendants. | CIVIL ACTION NO. <br> 04-10320-NG |

## NOTICE OF APPEARANCE

Now comes Carla A. Salvucci and files her appearance for the plaintiff, Brooks Automation, Inc.

By: *Carla A. Salvucci*
Carla A. Salvucci, BBO #657465
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (facsimile)

#1309794 v\1 - salvucca - s2n601!.doc - 14663/107

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 11/2/04