# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

BROOKS AUTOMATION INC.,

      Plaintiff,

      v.

FABWORX SOLUTIONS, INC.,
ET AL,

      Defendants.

CA. NO. 04-10320-NG

## *NOTICE*

November 4, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that a **hearing on docket entry # 20 (Defendant Fabworx Solutions, Inc.'s Motion to Compel, and Memorandum of Reasons)** at **10:45 a.m., Monday, November 15, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Marianne B. Bowler
      **MARIANNE B. BOWLER**
      Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**