UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 04-10320-GAO |
| | § | |
| FABWORX SOLUTIONS, INC. | § | |
| and RICHARD KENT | § | |
| | § | |
| Defendants. | § | |

## MOTION FOR LEAVE TO FILE A REPLY BRIEF TO BROOKS AUTOMATION, INC.'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL

Pursuant to Local Rule 7,1(b)(3), Defendant FABWORX SOLUTIONS, INC., hereby files this Motion for Leave to file a Reply Brief to Brooks Automation, Inc.'s Response to Defendant's Motion to Compel. This reply brief will be helpful to the Court because it points out those discovery issues that are still in contention after Plaintiff's recent discovery supplementation, and its response to the motion to compel.

Wherefore, premises considered, Defendant respectfully requests that this Court grant Defendant leave to file its reply brief. Defendant requests all further relief to which it may be entitled.

Respectfully submitted,

BROWN McCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 (Telephone)
(512) 479-1101 (Facsimile)

By: _____
RANDALL C. DOUBRAVA
State Bar No. 06029900

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing was provided to counsel of record by the manner indicated below on this the ___4___ day of __November__, 2004:

**VIA TELECOPIER**
James W. Stoll
Brian L. Michaelis
Carla A. Salvucci
BROWN RUDNICK BERLACK ISRAELS, L.L.P.
One Financial Center
Boston, MA 02111

_____
RANDALL C. DOUBRAVA