**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 04-10320-NG |
| | § | |
| FABWORX SOLUTIONS, INC. | § | |
| and RICHARD KENT | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION TO CONTINUE HEARING ON**
**FABWORX SOLUTIONS, INC.'S MOTION TO COMPEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Brooks Automation, Inc. and Defendants, Fabworx Solutions, Inc. and Richard Kent, file this Joint Motion to Continue the Hearing on Fabworx Solutions, Inc.'s Motion to Compel, and, in support thereof, would show the Court as follows:

1.   On October 15, 2004, Fabworx Solutions, Inc. filed its Motion to Compel seeking an order from this Court requiring Brooks Automation, Inc. to provide full and complete responses to interrogatories and to produce documents requested. On November 1, 2004, Brooks Automation, Inc. filed its response, and on November 4, 2004, this Court set for hearing Fabworx Solutions, Inc.'s motion to compel on November 15, 2004 at 10:45 a.m.

2.   The parties have engaged in serious settlement negotiations and wish to continue the hearing on Fabworx Solutions, Inc.'s Motion to Compel for one week or until November 22, 2004 to allow the parties sufficient time to solidify a settlement. The parties will notify this Court immediately if a settlement is reached.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants herein request a continuance of the hearing on Fabworx Solutions, Inc.'s Motion to Compel until November 22, 2004, and for such other and further relief to which they may show themselves entitled.

Respectfully submitted,

BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

By: _____
THOMAS H. WATKINS
State Bar No. 20928000
ALBERT A. CARRION, JR.
State Bar No. 03883100
RANDALL C. DOUBRAVA
State Bar No. 06029900

JOHN J. REGAN
WILMER CUTLER PICKERING HALE AND DORR, LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
(617) 526-5000 (facsimile)

ATTORNEYS FOR DEFENDANTS

BROWN RUDNICK BERLACK ISRAELS, LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 (telephone)
(617) 586-8201 (facsimile)

By: _____
JAMES W. STOLL
State Bar No. 544136
BRIAN L. MICHAELIS
State Bar No.
CARLA A. SALVUCCI
State Bar No. 657465

ATTORNEYS FOR PLAINTIFF

2

AUS:2517546.1
50626.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel of record on this the 9th day of November 2004 by the method indicated below:

James W. Stoll                                                                 *via facsimile*
Brian L. Michaelis
Brown Rudnick Berlack Israels, L.L.P.
One Financial Center
Boston, Massachusetts 02111

                                                                                  _____
                                                                                  RANDALL C. DOUBRAVA

AUS:2517546.1
50626.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROOKS AUTOMATION, INC. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 04-10320-NG |
| FABWORX SOLUTIONS, INC. and RICHARD KENT | § § § § | |
| Defendants. | § | |

### ORDER GRANTING MOTION TO CONTINUE HEARING ON FABWORX SOLUTIONS, INC.'S MOTION TO COMPEL

On this day this Court considered the parties Joint Motion to Continue the Hearing on Fabworx Solutions, Inc.'s Motion to Compel and found that said motion should be granted.

IT IS THEREFORE ORDERED that the hearing on Fabworx Solutions, Inc.'s Motion to Compel is rescheduled for the _____ day of November 2004 at _____ o'clock;

IT IS FURTHER ORDERED that the parties are to notify this Court immediately if a settlement is reached.

SIGNED this _____ day of November 2004.

_____
MARIANNE B. BOWLER
Chief United States Magistrate Judge

AUS:2517550.1
50626.1