UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC., <br> Plaintiff, <br><br> v. <br><br> FABWORX SOLUTIONS, INC. and <br> RICHARD KENT, <br> Defendants. | CIVIL ACTION NO. <br> 04-10320-NG |

## JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE

Plaintiff, Brooks Automation, Inc. ("Brooks"), and Defendants, Fabworx Solutions, Inc., ("Fabworx") and Richard Kent ("Kent") (collectively, "Defendants"), jointly move to extend the deadline for the completion of fact discovery for twenty-four (24) days from November 26, 2004 to December 20, 2004 to provide time to complete settlement negotiations which may resolve the claims currently pending in this action. Additionally, the parties request that the Final Status Conference scheduled for November 29, 2004 be continued until sometime after the requested close of fact discovery. The parties do not intend such request to interfere with or affect the close of expert discovery on February 1, 2005.

In support of this Joint Motion, the parties state:

1. On July 13, 2004, this Court issued an Order entering a fact discovery deadline of November 26, 2004.

2. Since that time, the parties have completed significant discovery but still have discovery to be completed, the most significant of which, is the taking of depositions.

1

3.  The parties require additional time to permit review of and revisions to the draft settlement agreement by the attorneys and parties.

4.  The parties, therefore, jointly request additional time in which to further pursue their settlement discussions while avoiding the expenditure of additional funds on discovery that may ultimately prove unnecessary and without unnecessarily burdening the Court with discovery disputes that may prove to be moot.

A proposed order on the Joint Motion to Extend Fact Discovery deadline is attached hereto.

Respectfully submitted,

**BROOKS AUTOMATION, INC.**
By its attorneys,

*/s/ Carla A. Salvucci*
James W. Stoll (BBO #544136)
Brian L. Michaelis (BBO #555159)
Carla A. Salvucci (BBO #657465)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

**FABWORX SOLUTIONS, INC.**
By its attorneys,

*/s/ Randall C. Doubrava*
Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

**RICHARD KENT**
By his attorney,

*[signature]*
Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

Dated: November 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by telecopier on the 10th day of November, 2004.

Randall C. Doubrava
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701

Carla A. Salvucci

#1311675 v\1 - salvucca - s43f011.doc☐ - 14663/107