UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br>    Plaintiff,<br><br>    v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>    Defendants. | CIVIL ACTION NO.<br>04-10320-NG |

PROPOSED ORDER ON
JOINT MOTION TO EXTEND FACT DISCOVERY DEADLINE

Having duly considered the parties' Joint Motion to Extend Fact Discovery Deadline, this Court found that said motion should be granted.

IT IS THEREFORE ORDERED that the deadline for the close of fact discovery shall be extended from November 26, 2004 until December 20, 2004;

IT IS FURTHER ORDERED that the Final Status Conference is rescheduled for the ____ day of _____ 20____ at ____ o'clock.

SIGNED this _____ day of November 2004.

_____
MARIANNE B. BOWLER
Chief United States Magistrate Judge

#1311717 v\1 - salvucca - s44l01!.doc□ - 14663/107\

1