UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br>　　Plaintiff,<br><br>　　　　　v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>　　Defendants. | CIVIL ACTION NO.<br>04-10320-NG |

## ASSENTED TO MOTION TO WITHDRAW
## DEFENDANTS' MOTION TO COMPEL AND
## JOINT STIPULATION FOR ENTRY OF *NISI* ORDER

The defendants, Fabworx Solutions, Inc. and Richard Kent, hereby move to withdraw Defendants' Motion to Compel. The plaintiff, Brooks Automation, Inc., has assented to this Motion.

The parties hereby stipulate to the entry of a *nisi* order allowing sixty (60) days prior to entry of judgment in this action. The parties state that they have reached a settlement agreement in principle but that additional time is required to finalize the terms of the Settlement Agreement.

WHEREFORE, the parties respectfully request that the Court withdraw the Defendants' Motion to Compel and enter a *nisi* order allowing sixty (60) days prior to entry of judgment.

Respectfully submitted,

| | |
|---|---|
| **FABWORX SOLUTIONS, INC.**<br>By its attorneys, | **BROOKS AUTOMATION, INC.**<br>By its attorneys, |
| *(signature)*<br>Randall C. Doubrava (*pro hac vice*)<br>(Texas State Bar No. 06029900)<br>BROWN McCARROLL, LLP<br>98 San Jacinto Blvd., Suite 1300<br>Austin, TX 78701<br>(512) 476-4716 | *(signature)*<br>James W. Stoll (BBO #544136)<br>Carla A. Salvucci (BBO #657465)<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200 |
| Dated: November 22, 2004 | Dated: November 22, 2004 |

**RICHARD KENT**
By his attorney,

*(signature)*
Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

Dated: November 22, 2004

### CERTIFICATE OF SERVICE

I, Carla A. Salvucci, hereby certify that on November 22, 2004, I served a copy of the above motion upon counsel for the defendants, Randall C. Doubrava (*pro hac vice*), Brown McCarroll, LLP, 98 San Jacinto Blvd., Suite 1300, Austin, TX 78701 by first-class mail.

*(signature)*
Carla A. Salvucci