## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROOKS AUTOMATION, INC.,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FABWORX SOLUTIONS, INC. and<br>RICHARD KENT,<br>　　　　Defendants. | CIVIL ACTION NO.<br>04-10320-NG |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the undersigned parties hereby stipulate and agree to the dismissal of this action in its entirety with prejudice, with each party to bear his or its own costs and expenses. All rights of appeal are waived.

Respectfully submitted,

| **BROOKS AUTOMATION, INC.** | **FABWORX SOLUTIONS, INC.** |
|---|---|
| By its attorneys, | By its attorneys, |

/s/ Carla A. Salvucci                                     /s/ Randall C. Doubrava

James W. Stoll (BBO #544136)
Carla A. Salvucci (BBO #657465)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

Dated: January 24, 2005

Dated: January 24, 2005

**RICHARD KENT**
By his attorney,

/s/ Randall C. Doubrava

Randall C. Doubrava (*pro hac vice*)
(Texas State Bar No. 06029900)
BROWN McCARROLL, LLP
98 San Jacinto Blvd., Suite 1300
Austin, TX 78701
(512) 476-4716

Dated: January 24, 2005

### CERTIFICATE OF SERVICE

I, Carla A. Salvucci, hereby certify that on January 24, 2005, I served a copy of the above pleading upon counsel for the defendants, Randall C. Doubrava (*pro hac vice*), Brown McCarroll, LLP, 98 San Jacinto Blvd., Suite 1300, Austin, TX 78701.

/s/ Carla A. Salvucci
Carla A. Salvucci

#1325177 v\1 - salvucca - s#$h01l.doc0 - 14663/107